1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8
9

GREGORY WAYNE WILLIAMS,                    No. C 11-1345 SI (pr)

10

            Petitioner,                    **JUDGMENT**

11

        v.

12

RANDY GROUNDS, warden,

13

            Respondent.
                                              /

14
15

        This action is dismissed without prejudice to him filing a new action if he ever obtains

16

permission to do so from the United States Court of Appeals For the Ninth Circuit.

17
18

        IT IS SO ORDERED AND ADJUDGED.

19
20

DATED: May 2, 2011                         _____
                                                    SUSAN ILLSTON
21                                              United States District Judge

22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California